IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CLINT WILLIAMS,**

    Plaintiff,

v.

**JEFF PREMO (Superintendent),**

    Defendant.

Civ. No. 6:15-cv-00784-CL

OPINION and ORDER



MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 21) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Clarke's Findings and Recommendation (ECF No. 21) is adopted in its entirety. Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 2) and Plaintiff's Motion for a Preliminary Injunction (ECF No. 8) are DENIED as moot and for failure to prosecute.

IT IS SO ORDERED.

DATED this 27th day of July, 2016.

                                                             **Michael J. McShane**
                                                            **United States District Judge**

2 – OPINION AND ORDER